UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID L. STEVENS, ET AL.,

    Plaintiffs,

v.                                                       Case No. 8:05-cv-848-T-24 TBM

PRUDENTIAL FINANCIAL, INC.,
ET AL.,

    Defendants.
_____/

**ORDER**

This cause comes before the Court on its own. On June 8, 2005, this Court issued an Order to Show Cause due to Plaintiffs' counsel not being a member in good standing of the Middle District of Florida Bar and due to Plaintiffs' failure to respond to the pending motion to dismiss. (Doc. No. 12). In the Order, the Court warned Plaintiffs that failure to respond to the Order by June 20, 2005 would result in the Court dismissing this case without further notice due to their lack of prosecution. Plaintiffs' counsel called the Court and stated that he had moved his office and as a result, the Court's Order was sent to his old address. Therefore, Plaintiffs' counsel stated that since he would be in Tampa on June 21, 2005, he would file his response at that time; however, he failed to do so.

Accordingly, it is ORDERED AND ADJUDGED that:

(1)    This case is dismissed without prejudice due to lack of prosecution due to Plaintiffs' failure to respond to the Court's orders and the outstanding motion to dismiss.

(2)    The Clerk is directed to close this case and terminate all pending motions.

**DONE AND ORDERED** at Tampa, Florida, this 22nd day of June, 2005.

SUSAN C. BUCKLEW
United States District Judge

Copies to: Counsel of Record