UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID L. STEVENS, ET AL.,

      Plaintiffs,

v.                                                Case No. 8:05-cv-848-T-24 TBM

PRUDENTIAL FINANCIAL, INC.,
ET AL.,

      Defendants.
_____/

**ORDER**

      This cause comes before the Court on its own. On June 8, 2005, this Court issued an Order to Show Cause due to Plaintiffs' counsel not being a member in good standing of the Middle District of Florida Bar and due to Plaintiffs' failure to respond to the pending motion to dismiss. (Doc. No. 12). In the Order, the Court warned Plaintiffs that failure to respond to the Order by June 20, 2005 would result in the Court dismissing this case without further notice due to their lack of prosecution. Plaintiffs' counsel failed to file a timely response to the Order to Show Cause or to the outstanding motion to dismiss, and as a result, the Court dismissed the case without prejudice. (Doc. No. 13). Thereafter, Plaintiffs filed a response to the Order to Show Cause but still failed to file a response to the outstanding motion to dismiss, which had been pending for over a month. As such, the Court will not reopen this case. Should Plaintiffs wish to prosecute their claims, they are directed to file a new case.

      Accordingly, it is ORDERED AND ADJUDGED that the Clerk is directed to terminate Plaintiffs' motion to allow counsel to appear (Doc. No. 14) and Motion to Enlarge Time to Respond to Motion to Dismiss (Doc. No. 15).

**DONE AND ORDERED** at Tampa, Florida, this 28th day of June, 2005.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to: Counsel of Record